J. Fred Dorn, Respondent, v. North & Dalzell, Inc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Frey & Horgan Corporation, Appellant, v. Mitsui & Co., Ltd., Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Roger Lamm, Respondent, v. Fred F. French Co. and Others, Appellants, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Margaret K. Stafford and Emily S. Stafford, Appellants, v. Thomas S. Deal, Respondent, Impleaded with Others.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Belle S. Weil, Respondent, v. Donald P. Kenyon and Others, Defendants, Impleaded with Investors Fund of America, Incorporated, and Edek Corporation, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Henry Rogers Winthrop and Others, Respondents, v. Jesse Hyman and Others, Defendants, and John H. Scheier, Receiver of Jesse Hyman and Seymour Klein, etc., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Bernard E. Fleischaker and Hugo Baum, Copartners under the Firm Name of Fleischaker & Baum, Appellants, v. Ideal Novelty & Toy Co., Respondent. — Order, so far as appealed from, unanimously modified to the extent of limiting the books and documents and other records to be produced to the subject-matter of the items on which the examination has been ordered, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Isador Pomerantz, Respondent, v. Massachusetts Accident Company, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

Alice R. Canziani, an Infant, by Arthur F. Canziani, Her Guardian ad Litem, and Arthur F. Canziani, Respondents, v. McGuire Bros., Inc., and Others, Defendants. (Isidor Block, Appellant.) — Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.